IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
APR 19 2011
AT____ O'CLOCK
Lawrence K. Baerman, Clerk - Binghamton

PLASTIC SUPPLIERS, INC.,

    Plaintiff,

v.

CENVEO, INC.,

    Defendant.

Case No. 3:10-cv-00512
TJM-DEP

JURY TRIAL DEMANDED

## ORDER GRANTING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

APPEARANCES:

FOR PLAINTIFF:

ARCHER & GREINER, P.C.
One Centennial Square
Haddonfield, NJ 08033

HINMAN, HOWARD LAW FIRM
P.O. Box 5250
80 Exchange Street
700 Security Mutual Building
Binghamton, NY 13902-5250

FOR DEFENDANT:

KING & BALLOW
1100 Union Street Plaza
315 Union Street
Nashville, TN 37201

HARRIS, BEACH, PLLC
P.O. Box 580
119 East Seneca St.
Ithaca, NY 14851-0580

OF COUNSEL:

CHRISTOPHER GIBSON, ESQ.
MARK J. OBERSTAEDT, ESQ.
JULIE A. PAULL, ESQ.

LESLIE PRECHTL GUY, ESQ.
DAWN J. LANOUETTE, ESQ.


RICHARD S. BUSCH, ESQ.



MARK B. WHEELER, ESQ.
RUSSELL E. MAINES, ESQ.

THOMAS MCAVOY
U.S. DISTRICT JUDGE

## ORDER

**THIS MATTER HAVING COME BEFORE THE COURT** upon the Motion for Partial Summary Judgment filed by Plaintiff Plastic Suppliers, Inc. ("Plastic Suppliers") [Docket Entry No. 39]; Defendant Cenveo, Inc. ("Cenveo") has filed an opposition thereto;

**AND THE COURT** having considered the moving papers [Docket Entries No. 39 and 58] and the papers submitted in opposition by Defendant [Docket Entries No. 50, 51, 52, 53, 54, 55, 56, and 57];

**AND THE COURT** having heard argument by Christopher R. Gibson, Esq., on behalf of Plaintiff Plastic Suppliers, and Richard S. Busch, Esq., on behalf of Defendant Cenveo on March 25, 2011;

**AND THE COURT** having found that the parties entered into a binding contract upon its execution;

**NOW, FOR THE REASONS SET FORTH BY THE COURT IN ITS DECISION ON THE RECORD ON MARCH 25, 2011, AND INCORPORATED HEREIN;**

**IT IS HEREBY ORDERED**, on this _____ day of April, 2011, that Plaintiff's Motion for Partial Summary Judgment is **GRANTED**.

_____
Thomas J. McAvoy
U.S. District Judge

Dated: April _16_, 2011
       Binghamton, NY

6596146v1